IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THERESE RYAN, Individually )
and on behalf of the Estate )
of KEVIN WILLIAM RYAN, )
 )
Plaintiff, )
 )
v. ) CASE NO. CV419-223
 )
RED RIVER HOSPITAL, LLC, )
ACADIA HEALTHCARE COMPANY, )
INC., HARVEY C. MARTIN, MD, )
and JOHN DOES 1-10, )
 )
Defendants. )

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Harvey C. Martin, M.D. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant Martin has filed neither an answer nor motion for summary judgment in this case, Plaintiff's request is **GRANTED** and its claims against Defendant Harvey C. Martin, M.D. are **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. This action remains pending as against Defendants

Red River Hospital, LLC, Acadia Healthcare Company, Inc., and John Does 1-10.

SO ORDERED this 28th day of October 2019.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA