# United States District Court
## Southern District of Georgia

THERESE RYAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KEVIN WILLIAM RYAN

_____
Plaintiff

Case No. 4:19-CV-00223-WTM-CLR

v. RED RIVER HOSPITAL, LLC, ACADIA HEALTHCARE COMPANY, INC., HARVEY C. MARTIN, MD, and JOHN DOES 1-10

Appearing on behalf of
**DEFENDANTS**
_____
(Plaintiff/Defendant)

_____
Defendant

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __6th__ day of __January__, __2020__.

*[signed] Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: MONICA C. VAUGHAN

Business Address: TRIBBLE | ROSS
Firm/Business Name

6341 RICHMOND AVE.
Street Address

HOUSTON   TX   77057
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

713-622-0444
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: MVAUGHAN@TRIBBLELAWFIRM.COM